**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RITA CASEY,

Plaintiff(s),

CASE NO.: 3:24-cv-00274-WWB-LLL

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

_________________________________ /

# PLAINTIFF RITA CASEY'S EXHIBIT LIST

Plaintiff, by and through the undersigned counsel, discloses Plaintiff's exhibits for trial as follows:

1. Plaintiff's medical and billing records from the following providers:

   First Coast Medical Center
   Jacksonville Diagnostic Imaging

2. Plaintiff's pharmacy records before and after subject crash.

3. Any documents considered by either party's experts

4. Plaintiff's tax returns before and after the subject crash.

5. Photographs of the vehicles involved in the subject crash.

6. Photographs of the Plaintiff's injuries and medical treatment.

7. Social Security Administration Mortality/Life Expectancy Table.

8. Summary of Plaintiff's damages pursuant to §90.956, Florida Evidence Code.

9. PowerPoint presentation for opening and closing (demonstrative only).

10. All diagnostic studies, images, test results and films of Plaintiff.

11. Anatomical models, charts, and diagrams (demonstrative).

12. Video animation of all injuries and medical procedures (demonstrative).

13. Any video of a defense CME if determined by Plaintiff's counsel to be presented at trial.

14. All answers to interrogatories provided by any party to this action.

15. All documents and tangible items produced by any party to this action.

16. Video of the vehicles and area involved in the subject collision.

17. All responsees to requests for admissions from any party to this action.

18. All dash/body cam vidoes.

19. All 911 call recordings or transcripts.

20. Any exhibit listed by the Defendant(s).

**RESERVATION OF RIGHT**

The Plaintiff reserves the right to utilize any exhibit listed on any Exhibit List of the Defendant(s) to this cause and with discovery continuing, Plaintiff reserves the right to further supplement or substitute Exhibits.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2024, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy of the foregoing was furnished by Email to the following:

Crystal T. Broughan, Esquire
Julianna R. Favale, Esquire
MARKS GRAY, P.A.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32201
Phone: (904) 398-0900
Fax: (904) 399-8440
cbroughan@marksgray.com
jfavale@marksgray.com
ssa@marksgray.com
jmcduffie@marksgray.com
Counsel for State Farm Mutual Automobile Insurance Company

*/s/* Jacob B. Barrow
Jacob B. Barrow, Esquire
FBN # 1011266
Morgan & Morgan, P.A.
104 North Main Street, Suite 500
Gainesville, FL 32601
P: (904) 361-7184
F: (904) 361-4482
JBarrow@forthepeople.com
Kellar.Carmouche@forthepeople.com
JReynolds@forthepeople.com
Attorneys for Plaintiff(s)